IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JASON DEWAYNE ASHFORD,

    Petitioner,

v.                                    Case No. 1:17cv274-MW/GRJ

WARDEN BALTAZAR,

    Respondent.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 18. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Respondent's Motion to Dismiss, ECF No. 16, is **GRANTED**. The Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, is **DISMISSED**." The Clerk shall close the file.

**SO ORDERED on June 6, 2018.**

                                              **s/ MARK E. WALKER**
                                              **United States District Judge**